[No. 24918-5-I. Division One. March 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ANTHONY GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-00939-7, Norma Smith Huggins, J., entered May 15, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Pekelis and Agid, JJ.

[No. 14126-4-II. Division Two. March 18, 1992.]

LOREN RAY WEBSTER, ET AL, *Appellants*, v. IRENE V. OSTLUND, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-05517-1, Brian M. Tollefson, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 13627-9-II. Division Two. March 18, 1992.]

K.C. CRAMER, *as Guardian ad Litem, Appellant*, v. NORTH THURSTON SCHOOL DISTRICT NO. 3, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-01773-1, Daniel J. Berschauer, J., entered January 12, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.